**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roderick Eugene HARRIS, Defendant–Appellant.**

No. 01–6640.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 15, 2001.

Roderick Eugene Harris, pro se.

Timika Shafeek, Assistant United States Attorney, Charlotte, NC, for appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Roderick Eugene Harris seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West

Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Harris*, Nos. CR–98–16; CA–00–440–1 (M.D.N.C. filed Mar. 28, 2000; entered Mar. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*